Preparation of the 2013 Beth A. Shank Bankruptcy Estate federal and state income tax returns

| Date | Employee | Description | Hours | Fee |
|---|---|---|---|---|
| 04/08/2013 | JPL | Discussion with Trustee | .50 | 62.50 |
| 06/07/2013 | JPL | Review information, respond to Trustee regarding taxability of proceeds | 1.50 | 187.50 |
| 07/22/2013 | JPL | Request for additional information | .50 | 62.50 |
| 07/23/2013 | JPL | Start preparation of returns. | 1.50 | 187.50 |
| 07/30/2013 | JPL | Preparation of returns, request information | 2.00 | 250.00 |
| 09/17/2013 | JPL | Finalize returns | 1.50 | 187.50 |
| 09/17/2013 | JMS | Process returns | .50 | 33.50 |
| | | TOTAL | 8.00 | 971.00 |

Computer and mailing charges                $ 74.90

Total charges                                $ 1,045.90